**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | |
|---|---|
| Angela Ivy,<br><br>      Plaintiff,<br><br>  v.<br><br>Merrick Bank Corporation,<br><br>      Defendant. | Civil Action No.: 1:14-cv-105-SA-DAS |

**NOTICE OF SETTLEMENT**

    NOW COMES the Plaintiff, Angela Ivy, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

    Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Date: February 26, 2015                                   RESPECTFULLY SUBMITTED,

                                                                               By: /s/ Shireen Hormozdi
                                                                               Shireen Hormozdi
                                                                               Krohn & Moss, Ltd
                                                                               10474 Santa Monica Blvd. Suite 405
                                                                               Los Angeles, CA 90025
                                                                               Tel: (323) 988-2400 x 267
                                                                               Fax: (866) 861-1390
                                                                               Email: shormozdi@consumerlawcenter.com
                                                                               Mississippi Bar No. 103799

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
