**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**ANGELA IVY**                                                                                           **PLAINTIFF**

**v.**                                                       **CIVIL ACTION NO.: 1:14-cv-00105-SA-DAS**

**MERRICK BANK CORPORATION**                                            **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY this cause was brought on before the Court on the motion *ore tenus* of Merrick Bank Corporation ("Defendant") and Angela Ivy ("Plaintiff") to have the claims asserted by the Plaintiff dismissed with prejudice. The Court, being fully advised in the premises that the parties have reached a settlement agreement, finds that said motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the claims asserted by the Plaintiff against the Defendant in the above styled cause of action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees, and that this case is hereby dismissed.

SO ORDERED on this the 8th day of April, 2015.

                                                                             **/s/ Sharion Aycock**
                                                                             **UNITED STATES DISTRICT JUDGE**